44102. D. H. OVERMYER COMPANY, INC. v. TIPPENS.

BELL, Presiding Judge. This case is controlled by the holding of this court in *D. H. Overmyer Co. v. Joe Summers Roofing Co.,* 120 Ga. App. 188.

*Judgment reversed. Eberhardt and Deen, JJ., concur.*

ARGUED JANUARY 8, 1969—DECIDED JUNE 26,
1969—REHEARING DENIED JULY 30, 1969.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, H. A. Stephens, Jr.,* for appellant.

*Parker & Parker, Richard L. Parker,* for appellee.